UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:

CARLOS H. ESPINOZA, and all others
similarly situated under 29 U.S.C. § 216(b),

      Plaintiffs,

v.

SOUTH BEACH ASSOCIATES, LLC, and
STEFANO FRITELLA, individually,

      Defendants.

_____/

## NOTICE OF REMOVAL

      Defendants, South Beach Associates, LLC and Stefano Fritella, individually (collectively, "Defendants"), hereby remove this action, which is currently pending in the County Court in and for Miami-Dade County Florida, Case No. 2020-000760-CC-24 (the "State Court Action"), to the United States District Court for the Southern District of Florida, Miami Division. In support of this Notice of Removal, Defendants state the following:

## REMOVAL STANDARD

      1.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

      2.      Under 28 U.S.C. § 1331, federal courts shall have original jurisdiction of all civil actions "arising under the Constitution, laws, or treaties of the United States."

## PAPERS FROM REMOVED ACTION

3.      Pursuant to 28 U.S.C. § 1446(a), Defendants attach to this Notice of Removal a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. *See* Exhibit 1, attached hereto.

## THE REMOVAL IS TIMELY

4.      Defendants were served with the State Court Action on June 23, 2020. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .").

## VENUE IS PROPER

5.      Venue is proper in this Court because this action is being removed from the County Court in and for Miami-Dade County, Florida, and the Plaintiff resides in this District. *See* Ex. 1, Compl. at ¶ 2.

## FEDERAL QUESTION JURISDICTION

6.      Plaintiff asserts claims for alleged unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b).

7.      This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal causes of action.

## FILING OF REMOVAL PAPERS

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be promptly served to Plaintiff.

FP 38175558.1

9.     Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing the Notice of Removal, including a true and correct copy of the Notice of Removal with the Clerk of the County Court in and For Miami-Dade County, Florida. *See* Exhibit 2, attached hereto.

10.    The undersigned counsel is authorized by Defendants to file this Notice of Removal, is licensed to practice law in the state of Florida, and is a member in good standing of this Court.

**WHEREFORE**, Defendants hereby remove the above-captioned action from the County Court in and for Miami-Dade County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Date: July 13, 2020                             Respectfully submitted,


By: */s/ Cathy M. Stutin*
        Cathy M. Stutin
        Florida Bar No.: 91156
        cstutin@fisherphillips.com
        Alexander Castro
        Florida Bar No.: 1003630
        acastro@fisherphillips.com
        Fisher & Phillips LLP
        450 East Las Olas Boulevard, Suite 800
        Fort Lauderdale, Florida 33301
        Telephone: (954) 525-4800
        Facsimile: (954)-525-8739
        *Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served

this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Cathy M. Stutin*
CATHY M. STUTIN


## SERVICE LIST

J.H. Zidell
zabogado@aol.com
David M. Nudel
Dnudel.jhzidellpa@gmail.com
Natalie Staroschak
nstar.zidellpa@gmail.com
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305)-865-6766
Facsimile: (305)-865-7167
*Attorneys for Plaintiff*

Cathy M. Stutin
cstutin@fisherphillips.com
Alexander Castro
acastro@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954)-525-8739
*Attorneys for Defendants*

FP 38175558.1

**EXHIBIT 1 TO NOTICE OF REMOVAL**

Case 1:20-cv-22873-RNS   Document 1   Entered on FLSD Docket 07/13/2020   Page 6 of 44

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>  COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Carlos H. Espinoza</u>
 Plaintiff
            vs.
<u>South Beach Associates, LLC, Stefano Fritella</u>
Defendant

---

**II.  AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>22,500</u>

**III.  TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence – other
   ☐ Business governance
   ☐ Business torts
   ☐ Environmental/Toxic tort
   ☐ Third party indemnification
   ☐ Construction defect
   ☐ Mass tort
   ☐ Negligent security
   ☐ Nursing home negligence
   ☐ Premises liability – commercial
   ☐ Premises liability – residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
   ☐ Commercial foreclosure
   ☐ Homestead residential foreclosure
   ☐ Non-homestead residential foreclosure
   ☐ Other real property actions
☐ Professional malpractice
   ☐ Malpractice – business
   ☐ Malpractice – medical

   ☐ Malpractice – other professional
☐ Other
   ☐ Antitrust/Trade Regulation
   ☐ Business Transaction
   ☐ Circuit Civil - Not Applicable
   ☐ Constitutional challenge-statute or ordinance
   ☐ Constitutional challenge-proposed amendment
   ☐ Corporate Trusts
   ☐ Discrimination-employment or other
   ☐ Insurance claims
   ☐ Intellectual property
   ☐ Libel/Slander
   ☐ Shareholder derivative action
   ☐ Securities litigation
   ☐ Trade secrets
   ☐ Trust litigation

☒ County Civil
   ☐ Small Claims up to $8,000
   ☒ Civil
   ☐ Replevins
   ☐ Evictions
   ☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV.     **REMEDIES SOUGHT** (check all that apply):
         ☒  Monetary;
         ☐  Non-monetary declaratory or injunctive relief;
         ☐  Punitive

V.      **NUMBER OF CAUSES OF ACTION:**
         (Specify)

         <u>1</u>

VI.     **IS THIS CASE A CLASS ACTION LAWSUIT?**
         ☐  Yes
         ☒  No

VII.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
         ☒  No
         ☐  Yes – If "yes" list all related cases by name, case number and court:

VIII.   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
         ☒  Yes
         ☐  No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature:   <u>s/ Lisa Marie Kuhlman</u>
                   Attorney or party
FL Bar No.: <u>978027</u>
                 (Bar number, if attorney)
                 <u>Lisa Marie Kuhlman</u>
                 (Type or print name)
          Date: <u>03/09/2020</u>

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | 2020-000760-CC-24 |
| **PLAINTIFF(S)**<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | **VS. DEFENDANT(S)**<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | **CLOCK IN**<br>6.22. 20 6:50<br>A.C #t 236 |

**THE STATE OF FLORIDA:**TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>**STEFANO FRITELLA** | Address: 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience.

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

### MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | *Onald* 10042<br>DEPUTY CLERK | **DATE ON:**<br>3/16/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000760-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>CARLOS H ESPINOZA<br>and all others similarly<br>situated under<br>29 U.S.C § 216(b) | VS. DEMANDADO(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>STEFANO FRITELLA | A Demandado(s): 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia:

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Secretario del Tribunal del Condado** | | **FECHA** |
| | COMO SECRETARIO ADJUNTO | |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org o Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-000760-CC-24 |
|---|---|---|
| PLAINTE (S)<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | VS.   CONTRE ACCUSE(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | HEURE IN |

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br><br>STEFANO FRITELLA | A (AUX) ACCUSE(S):   5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal, et l'adresse des succursales sont dans ci-dessous pour votre convenance

"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce de Leon Blvd.<br>Coral Gables. FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami. FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq. | Adresse :<br><br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| Numero de barreau de la Floride:<br>**0010121**<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT | |

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>**(b) DELIVRE PERSONELMAN BAY YON MOUN** | NIMEWO KA<br>2020-000760-CC-24 |
|---|---|---|
| **PLENTIF (S)**<br>CARLOS H ESPINOZA and<br>all others similarly situated<br>under 29 U.S.C § 216(b) | **VS.   KONT AKIZE(S)**<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | **LE** |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br><br>STEFANO FRITELLA | ADRES.:   5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pole on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfômasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride:<br>0010121 | Nimewo manm avoka a.<br>300 71st Street, Suite 605<br>Address:   Miami Beach FL 33141 |  |
|---|---|---|
| **HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | | DATE: |

**SEKRETE**

# LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou où peye. Silvouplè kontakte Kowòdinatè Alican Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt  nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou  pou ou parèt nan tribunal la; si  ou gen difikilte pou ou tande oubyen  pale, rele 711."**

## IN THE COUNTY COURT IN AND FOR
## MIAMI-DADE COUNTY, FLORIDA

### CIVIL DIVISION

### CASE NO.:

CARLOS H. ESPINOZA, and all others )
similarly situated under 29 U.S.C. § 216(b), )
                                   )
               Plaintiff, )
    vs. )
                                     )
SOUTH BEACH ASSOCIATES, LLC, and )
STEFANO FRITELLA, )
                                     )
               Defendants. )
_____ )

### COMPLAINT UNDER 29 U.S.C. §§ 201- 216 OVERTIME WAGE VIOLATIONS

Plaintiff, CARLOS H. ESPINOZA, on behalf of himself and all others similarly situated under 29 U.S.C. § 216(b), through undersigned counsel, files this Complaint against Defendants, SOUTH BEACH ASSOCIATES, LLC and STEFANO FRITELLA, and alleges:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216.

2. The Plaintiff was a resident of Miami-Dade County, Florida at the time that this dispute arose.

3. The Defendant, SOUTH BEACH ASSOCIATES, LLC. is a corporation that regularly transacts business within Miami-Dade County. Upon information and belief, the Defendant Corporation was Plaintiff's FLSA employer for Plaintiff's respective period of employment ("the relevant time period").

4. The Defendant, STEFANO FRITELLA, is a corporate officer and/or owner and/or manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiff's wages for the relevant

time period and controlled Plaintiff's work and schedule and was therefore Plaintiff's employer as defined by 29 U.S.C. § 203 (d).

5. All acts or omissions giving rise to this dispute took place in Miami-Dade County.

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

6. This action arises under the laws of the United States. This case is brought as a collective action under 29 U.S.C. § 216(b). It is believed that the Defendants have employed several other similarly situated employees like Plaintiff (i.e. cooks, etc.) who have not been paid overtime and/or minimum wages for work performed in excess of 40 hours weekly from the filing of this complaint back three years.

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section 216 for jurisdictional placement). This Court has jurisdiction concurrent with the Federal Courts under 29 USC § 216(B). This case involves damages in excess of $15,000 exclusive of attorney's fees and costs.

8. 29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

9. Plaintiff worked for Defendants as a line cook from on or about May 18, 2013 through on or about December 7, 2019.

10. As a line cook, Plaintiff's job duties required of him by Defendants, along with other cooks,

included but were not limited to, preparing dishes using fish, meat, chicken, vegetables, rice, and beans using olive oil fruits and vegetables imported from outside of Florida.

4.  Defendant's business activities involve those to which the Fair Labor Standards Act applies. Both the Defendant's business and the Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials and goods used including, but not limited to, preparing dishes using olive oil, fruits and vegetables, meat, fish, and chicken imported from outside of Florida that Plaintiff used on a constant and/or continual basis and/or that were supplied to Plaintiff by the Defendants to use on the job moved through interstate commerce prior to Plaintiff's use of the same. The Plaintiff's work for the Defendants was actually in and/or so closely related to the movement of commerce while he worked for the Defendants that the Fair Labor Standards Act applies to Plaintiff's work for the Defendants.

5.  Additionally, Defendants regularly employed two or more employees for the relevant time period (i.e. cooks, etc.), who handled goods or materials that travelled through interstate commerce, or used instrumentalities of interstate commerce, such as ingredients such as pasta and olive oil, fruits and vegetables, chicken, meat, and fish imported from outside of Florida, thus making Defendant's business an enterprise covered under the Fair Labor Standards Act.

6.  Upon information and belief, the Defendant Corporation had gross sales or business done in excess of $500,000 annually for the years 2017, 2018, and 2019.

7.  Between the period of on or about May 18, 2013 through on or about December 7, 2019, Plaintiff worked an average of 52 hours a week for Defendants and was paid an average of $25.00 per hour but was not paid the extra half time rate for the hours worked over 40 hours

**3 of 5**

in a week as required by the Fair Labor Standards Act. Plaintiff, therefore, claims the half time overtime rate for each hour worked above 40 in a week.

8.   Defendants willfully and intentionally refused to pay Plaintiff's overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act. Defendants remain owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendants for the time period specified above.

WHEREFORE, the Plaintiff requests double damages and reasonable attorney fees from Defendants, jointly and severally, pursuant to the Fair Labor Standards Act as cited above, to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. *The Plaintiff requests a trial by jury.*

Respectfully Submitted,

Lisa Kuhlman
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71ˢᵗ Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By:___/s/ Lisa Kuhlman_____
    Lisa Kuhlman
    Florida Bar Number: 0978027

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>(a) GENERAL FORMS | **CASE NUMBER**<br>2020-000760-CC-24 |
| **PLAINTIFF(S)**<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | **VS.  DEFENDANT(S)**<br>SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | **SERVICE** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): _____ SOUTH BEACH ASSOCIATES LLC.
Registered Agent: STEFANO FRITELLA
850 Ocean Drive, Suite 203
Miami Beach FL 33139
_____
_____

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J.H. ZIDELL, P.A.
_____

whose address is: _____ 300 71st Street, Suite 605
Miami Beach FL 33141
_____
_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | *[signature]* 10042<br>DEPUTY CLERK | **DATE**<br>3/16/2020 |
|---|---|---|

### AMERICANS WITH DISABILITIES ACT OF 1990
### ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Alican Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 09/19

Clerk's web address: www.miami-dadeclerk.com

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | 2020-000760-CC-24 |

| PLAINTIFF(S) | VS.  DEFENDANT(S) | CLOCK IN |
|---|---|---|
| CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | |

**THE STATE OF FLORIDA**:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>STEFANO FRITELLA | Address: 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff' Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No.  0010121 | Address:  300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS**<br>**HARVEY RUVIN** | | **DATE ON:** |
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 0/0 Rev. 03/19                                                                                              Clerk's web address: www.miami-dadeclerk.com

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.

☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000760-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>CARLOS H ESPINOZA<br>and all others similarly<br>situated under<br>29 U.S.C § 216(b) | VS.  DEMANDADO(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>STEFANO FRITELLA | A Demandado(s): | 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| | | | |
|---|---|---|---|
| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del<br>Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados: | Dirección: | 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|---|
| 0010121 | | | **FECHA** |
| **HARVEY RUVIN**<br>**Secretario del Tribunal del**<br>**Condado** | | | |
| | COMO SECRETARIO ADJUNTO | | |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Alican Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico  ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | **NUMERO DE CASO**<br><br>2020-000760-CC-24 |
|---|---|---|
| **PLAINTE (S)**<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | **VS.** **CONTRE ACCUSE(S)**<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | **HEURE IN** |

**L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br><br>STEFANO FRITELLA | A (AUX) ACCUSE(S):   5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choissisez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintifs Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>   Jamie H. Zidell, Esq. | Adresse :<br><br>   300 71st Street, Suite 605<br>Miami Beach FL 33141 |
|---|---|
| Numero de barreau de la Floride:<br>   0010121<br><br>   **HARVEY RUVIN**<br>   **Greffier de Tribunal** | DATE:<br><br><br><br>COMME GREFFIER ADJOINT |

**ACT DE 1990 POUR AMERICAINS HANDICAPES**
**AVIS DE L' ADA**

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

CLK/CT. 070 Rev. 03/19

Clerk's web address: www.miami-dadeclerk.com

| ☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA |
| --- |
| ☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA |

| DIVIZYON | KONVOKASYON POU KA SIVIL | NIMEWO KA |
| --- | --- | --- |
| ☑ SIVIL | | 2020-000760-CC-24 |
| ☐ DISTRI | **KONVOKASYON POU KA SIVIL** | |
| ☐ LÒT | **(b) DELIVRE PERSONELMAN BAY YON MOUN** | |

| PLENTIF (S) | VS.   KONT AKIZE(S) | LE |
| --- | --- | --- |
| CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE: | ADRES:: |
| --- | --- |
| STEFANO FRITELLA | 5959 Collins Avenue, Apt 805 Miami Beach FL 33140 |

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres  ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou mete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li anma-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

**"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05) Room 133 73 West Flagler Street Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20) Suite 103 5400 N.W. 22nd Avenue Miami, FL 33142 | ☐ **Hialeah District Court** (21) Room 100 11 East 6th Street Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23) Room 100 15555 Biscayne Blvd. North Miami Beach, FL 33160 |
| --- | --- | --- | --- |
| ☐ **Miami Beach District Court** (24) Room 200 1130 Washington Avenue Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25) Room 100 3100 Ponce De Leon Blvd. Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26) Room 100 10710 SW 211 Street Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte Jamie H. Zidell, Esq. Numero de barreau de la Floride: | Nimewo manm avoka a. 300 71st Street, Suite 605 |
| --- | --- |
| 0010121 | Address:   Miami Beach FL 33141 |

| **HARVEY RUVIN** Sekrete Jeneral Tribinal La | DATE: |
| --- | --- |
| | SEKRETE |

## LWA 1990 POU AMERIKEN KI ENFIM
## ANONS POU AMERIKEN KI ENFIM

**"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt  nan tribunal la, oubyen imedyatman  lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou  pou ou parèt nan tribunal la; si  ou gen difikilte pou ou tande oubyen  pale, rele 711."**

CLK/CT. 070 Rev. 03/19

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **SUMMONS 20 DAY CORPORATE SERVICE**<br>(a) GENERAL FORMS | **CASE NUMBER**<br>2020-000760-CC-24 |
| **PLAINTIFF(S)**<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | **VS.  DEFENDANT(S)**<br>SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | **SERVICE** |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on defendant(s): _____ SOUTH BEACH ASSOCIATES LLC.
_____ Registered Agent: STEFANO FRITELLA
_____ 850 Ocean Drive, Suite 203
_____ Miami Beach FL 33139
_____
_____

Each defendant is required to serve written defense to the complaint or petition on Plaintiff's Attorney: J.H. ZIDELL, P.A.
_____

whose address is: _____ 300 71st Street, Suite 605
_____ Miami Beach FL 33141
_____
_____

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days. When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br>**CLERK of COURTS** | *walds* 10042<br>DEPUTY CLERK | **DATE**<br>3/16/2020 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Alican Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355,  at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 09/19

Clerk's web address: www.miami-dadeclerk.com

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | 2020-000760-CC-24 |

| PLAINTIFF(S) | VS. | DEFENDANT(S) | CLOCK IN |
|---|---|---|---|
| CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | | SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | |

**THE STATE OF FLORIDA:** TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant.

| To Defendant(s):<br>STEFANO FRITELLA | Address: 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

<u>IMPORTANT</u>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

**MIAMI-DADE COUNTY COURT LOCATIONS**

| | | | |
|---|---|---|---|
| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff's Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS<br>HARVEY RUVIN** | *[signature]* 10042<br><br>DEPUTY CLERK | **DATE ON:**<br>3/16/2020 |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

Case 1:20-cv-22873-RNS   Document 1   Entered on FLSD Docket 07/13/2020   Page 24 of 44

| ☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.<br>☑ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE. | | |
|---|---|---|
| **DIVIZYON**<br>☑ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>**(b) LIVRAI ON PERSONNELLE A UNE PERSONNE** | **NUMERO DE CASO**<br><br>2020-000760-CC-24 |
| **PLAINTE (S)**<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | **VS.** **CONTRE ACCUSE(S)**<br>SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | **HEURE IN** |

| **L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus. | |
|---|---|
| A (AUX) ACCUSE(S):<br><br>STEFANO FRITELLA | A (AUX) ACCUSE(S): 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintifs Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"**

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq. | Adresse :<br><br>300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| Numero de barreau de la Floride:<br>0010121 | | DATE: |
| **HARVEY RUVIN**<br>**Greffier de Tribunal** | | |
| | COMME GREFFIER ADJOINT | |

**ACT DE 1990 POUR AMERICAINS HANDICAPES**
**AVIS DE L' ADA**

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

CLK/CT. 070 Rev. 03/19                                         Clerk's web address: www.miami-dadeclerk.com

Case 1:20-cv-22873-RNS   Document 1   Entered on FLSD Docket 07/13/2020   Page 26 of 44

Case 1:20-cv-22873-RNS   Document 1   Entered on FLSD Docket 07/13/2020   Page 27 of 44

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO.: 2020-000760-CC-24

**CARLOS H. ESPINOZA**, and all others
similarly situated under 29 U.S.C. § 216(b),

              Plaintiff,

    vs.

**SOUTH BEACH ASSOCIATES, LLC**, and
**STEFANO FRITELLA,**

           Defendants.

_____/


## NOTICE OF APPEARANCE OF COUNSEL

**COME(S) NOW** the undersigned counsel and notices the Court and all parties as follows:

The undersigned hereby appears as an additional trial counsel of record on behalf of the Plaintiff, and requests that all documents filed or served in this case be sent to the undersigned.

Respectfully submitted this 19th day of March, 2020,

DAVID M. NUDEL, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: DNUDEL.JHZIDELLPA@GMAIL.COM
F.B.N. 1003678

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 3/19/20 TO:

**SOUTH BEACH ASSOCIATES LLC**
**C/O REGISTERED AGENT: STEFANO FRITELLA**
**850 OCEAN DRIVE, SUITE 203**
**MIAMI BEACH, FL 33139**

**STEFANO FRITELLA**
**5959 COLLINS AVENUE, APT 805**
**MIAMI BEACH, FL 33140**

BY:___/s/___David M. Nudel_____
DAVID M. NUDEL, ESQ.

IN THE COUNTY COURT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2020-000760-CC-24

**CARLOS H. ESPINOZA**, and all others
similarly situated under 29 U.S.C. § 216(b),

              Plaintiff,

    vs.

**SOUTH BEACH ASSOCIATES, LLC**, and
**STEFANO FRITELLA,**

              Defendants.

_____/

## **NOTICE OF DISASSOCIATION OF COUNSEL**

1.   The Plaintiff in this action is represented by the firm, J.H. Zidell, P.A. The undersigned has been employed by the firm, J.H. Zidell, P.A., and in the course of her employment, the undersigned was associated as representing the Plaintiff in this action. As of 4/1/2020, the undersigned will no longer be employed by the firm of J.H. Zidell, P.A.

2.   As the undersigned will no longer be employed by the firm, J.H. Zidell, P.A. after 4/1/2020, the undersigned will no longer represent the Plaintiff(s) in this action. However, the Plaintiff remains represented by the firm J.H. Zidell, P.A. and its constituent attorneys.  The undersigned is taking no active cases from J.H. Zidell, PA, and all clients shall remain represented by J.H. Zidell, P.A., and its constituent attorneys.

WHEREFORE, the undersigned notices the Court and Parties that the undersigned will no longer be employed at J.H. Zidell, PA as discussed above, and will not be representing the Plaintiff or otherwise actively performing legal work for such Plaintiff in this matter.

Respectfully submitted,

**LISA KUHLMAN**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: LKUHLMAN.JHZIDELLPA@GMAIL.COM**
**FLORIDA BAR NO. 0978027**

**BY:      /s/ Lisa Kuhlman**
**LISA KUHLMAN**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Florida Courts E-Filing Portal this 19TH day of March, 2020 to all registered electronic users in this case.

ALL EFILING RECIPIENTS

**BY:   /s/ Lisa Kuhlman**
**LISA KUHLMAN**

Case 1:20-cv-22873-RNS   Document 1   Entered on FLSD Docket 07/13/2020   Page 31 of 44

**IN THE COUNTY COURT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO.: 2020-000760-CC-24

**CARLOS H. ESPINOZA**, and all others
similarly situated under 29 U.S.C. § 216(b),

          Plaintiff,

   vs.

**SOUTH BEACH ASSOCIATES, LLC**, and
**STEFANO FRITELLA,**

         Defendants.

_____/

**<u>NOTICE OF APPEARANCE OF COUNSEL</u>**

    **COME(S) NOW** the undersigned counsel and notices the Court and all parties as

follows:

    The undersigned hereby appears as an additional trial counsel of record on behalf of the

Plaintiff, and requests that all documents filed or served in this case be sent to the undersigned.

    Respectfully submitted this 27th day of March, 2020,

**J.H. ZIDELL, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FL 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: <u>ZABOGADO@AOL.COM</u>**
**FLORIDA BAR NO.  0010121**

      **BY:___/s/ J.H. ZIDELL_____**
         **J.H. ZIDELL**

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 3/27/20 TO:

**SOUTH BEACH ASSOCIATES LLC**
**C/O REGISTERED AGENT: STEFANO FRITELLA**
**850 OCEAN DRIVE, SUITE 203**
**MIAMI BEACH, FL 33139**

**STEFANO FRITELLA**
**5959 COLLINS AVENUE, APT 805**
**MIAMI BEACH, FL 33140**

BY:____/s/ J.H. ZIDELL_____
            J.H. ZIDELL

## RETURN OF SERVICE

State of Florida      **County of Miami-Dade**      Circuit Court

Case Number: 2020-000760-CC-24

Plaintiff:
**CARLOS H. ESPINOZA AND ALL OTHERS SIMILARLY SITUATED UNDER 29
U.S.C. § 216(B)**

vs.

Defendant:
**SOUTH BEACH ASSOCIATES LLC. AND STEFANO FRITELLA**

For:
J.H. ZIDELL, P.A.
300 71ST STREET
SUITE 605
MIAMI BEACH, FL 33141

Received by Lightning Legal Couriers on the 23rd day of June, 2020 at 5:18 pm to be served on **SOUTH BEACH
ASSOCIATES, LLC REGISTERED AGENT: STEFANO FRITELLA, 850 OCEAN DRIVE, SUITE 203, MIAMI
BEACH, FL 33139.**

I, Ivan Lopez, do hereby affirm that on the **23rd day of June, 2020** at **6:50 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons 20 Day Corporate Service and Complaint
Under 29 U.S.C. § 201-216 Overtime Wage Violations** with the date and hour of service endorsed thereon by me,
to: **STEFANO FRITELLA** as **REGISTERED AGENT** for **SOUTH BEACH ASSOCIATES, LLC**, at the address of:
**5959 COLLINS AVENUE APT 805, MIAMI BEACH, FL 33140**, and informed said person of the contents therein, in
compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  I certify
that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good
standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S.
92.525(2)

Ivan Lopez
CPS#2309

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2020002157

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

| | | CASE NUMBER |
|---|---|---|
| ☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2020-000760-CC-24 |
|---|---|---|
| PLAINTIFF(S)<br>CARLOS H ESPINOZA and<br>all others similarly situated<br>under 29 U.S.C § 216(b) | VS.  DEFENDANT(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | SERVICE<br>6-25-20 6:56p<br>I.L #225 |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on
defendant(s): _____ SOUTH BEACH ASSOCIATES LLC.
_____ Registered Agent: STEFANO FRITELLA
_____ 850 Ocean Drive, Suite 203
_____ Miami Beach FL 33139

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: J.H. ZIDELL, P.A.

whose address is: _____ 300 71st Street, Suite 605
_____ Miami Beach FL 33141

CLOCK IN

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,** **or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.** **When suit is brought pursuant to 768.28, Florida Statutes, the time to respond shall be 30 days."** after service of this summons on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

| HARVEY RUVIN<br>CLERK of COURTS | _nald_ 10042<br>DEPUTY CLERK | DATE<br>3/16/2020 |
|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314 Rev. 09/19

Clerk's web address: www.miami-dadeclerk.com

## RETURN OF SERVICE

State of Florida                    County of Miami-Dade                    Circuit Court

Case Number: 2020-000760-CC-24

Plaintiff:
CARLOS H. ESPINOZA AND ALL OTHERS SIMILARLY SITUATED UNDER 29
U.S.C. § 216(B)

vs.

Defendant:
SOUTH BEACH ASSOCIATES LLC. AND STEFANO FRITELLA

For:
J.H. ZIDELL, P.A.
300 71ST STREET
SUITE 605
MIAMI BEACH, FL 33141

Received by Lightning Legal Couriers on the 23rd day of June, 2020 at 5:18 pm to be served on **STEFANO FRITELLA, 5959 COLLINS AVENUE, APT. 805, MIAMI BEACH, FL 33140.**

I, Ivan Lopez, do hereby affirm that on the **23rd day of June, 2020 at 6:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons 20 Day Corporate Service and Complaint Under 29 U.S.C. § 201-216 Overtime Wage Violations** with the date and hour of service endorsed thereon by me, to: **STEFANO FRITELLA** at the address of: **5959 COLLINS AVENUE, APT. 805, MIAMI BEACH, FL 33140**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Ivan Lopez
CPS#2309

**Lightning Legal Couriers**
9280 SW 64 Street
Miami, FL 33173
(786) 286-4167

Our Job Serial Number: LTN-2020002158

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1m

Filing # 104726316 E-Filed 03/11/2020 03:34:14 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☑ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | **CIVIL ACTION SUMMONS (b)**<br>Form for Personal Service on a Natural Person | **CASE NUMBER**<br>2020-000760-CC-24 |
|---|---|---|
| **PLAINTIFF(S)**<br>CARLOS H ESPINOZA and<br>all others similarly situated<br>under 29 U.S.C § 216(b) | VS.  **DEFENDANT(S)**<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | **CLOCK IN**<br>6-23-20 6:57℃<br>I.L. # 22205 |

THE STATE OF FLORIDA:TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>STEFANO FRITELLA | Address: 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

**"For those unable to pay for an attorney, information on how to seek free legal assistance can be found at www.dadecountyprobono.org."**

MIAMI-DADE COUNTY COURT LOCATIONS

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff. Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No.  0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS<br>HARVEY RUVIN** | *prald* 10042<br>DEPUTY CLERK | **DATE ON:**<br>3/16/2020 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1ˢᵗ Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.
☑ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA.

| DIVISION<br>☑ CIVIL<br>☐ DISTRITO<br>☐ OTRA | EMPLAZAMIENTO DE ACCION CIVIL<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | NUMERO DE CASO<br>2020-000760-CC-24 |
|---|---|---|
| DEMANDANTE(S)<br>CARLOS H ESPINOZA<br>and all others similarly<br>situated under<br>29 U.S.C § 216(b) | VS.  DEMANDADO(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | HORA |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagen entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>STEFANO FRITELLA | A Demandado(s):      5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

### LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del<br>Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:      300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>**Secretario del Tribunal del**<br>**Condado** | | **FECHA** |
| | COMO SECRETARIO ADJUNTO | |

## LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

**"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda.   Por favor póngase  en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial  ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."**

☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE.

☒ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTEMENT DE MIAMI-DADE, FLORIDE.

| DIVIZYON<br>☒ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | CONVOCARION D' ACTION CIVILE<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | NUMERO DE CASO<br><br>2020-000760-CC-24 |
|---|---|---|

| PLAINTE (S)<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | VS. | CONTRE ACCUSE(S)<br>SOUTH BEACH ASSOCIATES LLC. and STEFANO FRITELLA | HEURE IN |
|---|---|---|---|

L'TAT DE LA FLORIDE: A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus.

| A (AUX) ACCUSE(S):<br>STEFANO FRITELLA | A (AUX) ACCUSE(S): 5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

### IMPORTANT

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvrez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintif's Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

**"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à** www.dadecountyprobono.org"

#### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☒ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq.<br><br>Numero de bareau de la Floride:<br>0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141<br><br><br>DATE: |
|---|---|

COMME GREFFIER ADJOINT

## ACT DE 1990 POUR AMERICAINS HANDICAPES
### AVIS DE l' ADA
**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA
☑ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA

| DIVIZYON<br>☑ SIVIL<br>☐ DISTRI<br>☐ LÒT | KONVOKASYON POU KA SIVIL<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | NIMEWO KA<br>2020-000760-CC-24 |
|---|---|---|
| PLENTIF (S)<br>CARLOS H ESPINOZA and all others similarly situated under 29 U.S.C § 216(b) | VS.   KONT AKIZE(S)<br>SOUTH BEACH ASSOCIATES LLC.<br>and STEFANO FRITELLA | LE |

**ETA FLORIDA:** Pou Chak nan eta a yo odone ou pou bay akize a (yo), non I ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br><br>STEFANO FRITELLA | ADRES::   5959 Collins Avenue, Apt 805<br>Miami Beach FL 33140 |
|---|---|

### ENPOTAN

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribinal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assietans legal gratis nan www.dadecountyprobono.org."

### ADRESSES DES TRIBUNAUX EN MIAMI-DADE

| ☑ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |

| Plainte/Avocat du Plainte<br>Jamie H. Zidell, Esq.<br>Numero de barreau de la Floride: | Nimewo manm avoka a.<br>Address:   300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| 0010121<br><br>HARVEY RUVIN<br>Sekrete Jeneral Tribinal La | <br><br>SEKRETE | DATE: |

### LWA 1990 POU AMERIKEN KI ENFIM
### ANONS POU AMERIKEN KI ENFIM

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

Clerk's web address: www.miami-dadeclerk.com

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

CASE NO.: 2020-000760-CC-24

**CARLOS H. ESPINOZA**, and all others
similarly situated under 29 U.S.C. § 216(b),

          Plaintiff,

    vs.

**SOUTH BEACH ASSOCIATES, LLC**, and
**STEFANO FRITELLA,**

        Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL**

    **COME(S) NOW** the undersigned counsel and notices the Court and all parties as

follows:

    The undersigned hereby appears as an additional trial counsel of record on behalf of the

Plaintiff, and requests that all documents filed or served in this case be sent to the undersigned.

NATALIE STAROSCHAK, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FL 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: NSTAR.ZIDELLPA@GMAIL.COM
F.B.N. 116745

BY:___/s/___Natalie Staroschak _____
NATALIE STAROSCHAK, ESQ.

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING VIA U.S. MAIL ON 6/26/20 TO:**

**SOUTH BEACH ASSOCIATES LLC
C/O REGISTERED AGENT: STEFANO FRITELLA
850 OCEAN DRIVE, SUITE 203
MIAMI BEACH, FL 33139**

**STEFANO FRITELLA
5959 COLLINS AVENUE, APT 805
MIAMI BEACH, FL 33140**

BY:___/s/___Natalie Staroschak_____
NATALIE STAROSCHAK, ESQ.

# EXHIBIT 2 TO NOTICE OF REMOVAL

IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CARLOS H. ESPINOZA, and all others                CASE NO.: 2020-00760-CC-24
similarly situated under 29 U.S.C. § 216(b),

     Plaintiffs,

v.

SOUTH BEACH ASSOCIATES, LLC, and
STEFANO FRITELLA, individually,

     Defendants.

_____/

## NOTICE OF FILING NOTICE OF REMOVAL

     PLEASE TAKE NOTICE that Defendants, South Beach Associates, LLC and Stefano

Fritella, individually, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, have removed the above-

styled action from the County Court in and for Miami-Dade County, Florida to the United States

District Court for the Southern District of Florida.

     Attached hereto as Exhibit "1" is a copy of the Notice of Removal which has been filed in

the United States District Court, Southern District of Florida.

Dated: July 13, 2020                              Respectfully submitted,

                             By: */s/ Cathy M. Stutin*_____
                                Cathy M. Stutin
                                Florida Bar No.: 91156
                                cstutin@fisherphillips.com
                                Alexander Castro
                                Florida Bar No.: 1003630
                                acastro@fisherphillips.com
                                Fisher & Phillips LLP
                                450 East Las Olas Boulevard, Suite 800
                                Fort Lauderdale, Florida 33301
                                Telephone: (954) 525-4800
                                Facsimile: (954)-525-8739
                                *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 13, 2020, I caused a true and correct copy of the foregoing document to be served on the following individuals, either via transmission of Notice of Electronic Filing generated by the *Florida's E-Filing Portal* or by United States Mail for those counsel or parties who are not authorized to receive electronically filed pleadings in this action to the parties listed below,

/s/ *Cathy M. Stutin*
CATHY M. STUTIN

## <u>SERVICE LIST</u>

J.H. Zidell
zabogado@aol.com
David M. Nudel
dnudel.jhzidellpa@gmail.com
Natalie Staroschak
nstar.zidellpa@gmail.com
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone: (305)-865-6766
Facsimile: (305)-865-7167
*Attorneys for Plaintiff*

Cathy M. Stutin
cstutin@fisherphillips.com
Alexander Castro
acastro@fisherphillips.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard, Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954)-525-8739
*Attorneys for Defendants*